UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUTRITION DISTRIBUTION LLC,<br><br>Plaintiff,<br><br>v.<br><br>MUSCLEGEN RESEARCH INC., et al,<br><br>Defendants. | Case No.: 16-CV-3113-JLS (JMA)<br><br>**ORDER REQUESTING SUPPLEMENTAL BRIEFING**<br><br>(ECF No. 15) |

Plaintiff has filed a Motion requesting the Court enter default judgment against Defendants Musclegen Research, Inc., Brian Parks, and Darria Parks, (ECF No. 15). The Court must have personal jurisdiction over each of the defaulting Defendants before it may enter default judgment, or else entry of default judgment is void. *See Bittorrent, Inc. v. Bittorrent Mktg. GMBH*, No. 12-CV-02525-BLF, 2014 WL 5773197, at *3 (N.D. Cal. Nov. 5, 2014) (citing *Veeck v. Commodity Enters., Inc.*, 487 F.2d 423, 426 (9th Cir. 1973)). Plaintiff did not address personal jurisdiction in its Motion and only included a general paragraph in its Complaint as to why it alleges this Court has personal jurisdiction over Defendant Muslegen. Plaintiff **SHALL** file a supplemental brief as to why the Court has personal jurisdiction over the defaulting Defendants. The brief **SHALL** be filed on or

1

1 | <u>before August 17, 2018</u> and is not to exceed twelve pages in length.
2 | **IT IS SO ORDERED.**
3 | Dated: July 27, 2018

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge